No. 04–8546. WELLONS, AKA THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 04–8555. ADAMSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–8562. SAMUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–8563. SIGALA-LOMELI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8571. WOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 04–8574. AJAJ v. SMITH, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 04–889. MILWAUKEE METROPOLITAN SEWERAGE DISTRICT v. FRIENDS OF MILWAUKEE'S RIVERS ET AL. C. A. 7th Cir. Motion of Association of Metropolitan Sewerage Agencies et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 04–8992 (04A761). SMITH v. ANDERSON, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. 

No. 03–1293. WHITFIELD v. UNITED STATES, 543 U. S. 209;
No. 03–1294. HALL v. UNITED STATES, 543 U. S. 209;
No. 03–9505. TAYLOR v. UNITED STATES, 541 U. S. 1005;
No. 04–384. SAWYER v. WORCESTER ET AL., 543 U. S. 1001;
No. 04–614. KELLY v. ORANGE COUNTY, CALIFORNIA, 543 U. S. 1053;
No. 04–767. MOORE v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES, 543 U. S. 1056;
No. 04–5911. AREVALO v. UNITED STATES, 543 U. S. 913;
No. 04–5990. WAYNE v. SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, 543 U. S. 1057;
No. 04–6228. VONDETTE v. UNITED STATES, 543 U. S. 1108;

No. 04–6688. FRANKS v. GEORGIA, 543 U. S. 1058;

No. 04–6703. HOWARD v. PERDUE, GOVERNOR OF GEORGIA, ET AL., 543 U. S. 1027;

No. 04–6841. BUGGAGE v. SHEEHAN PIPELINE CONSTRUCTION CO., 543 U. S. 1060;

No. 04–6854. SPIDLE v. MISSOURI, 543 U. S. 1060;

No. 04–6909. BRADLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 543 U. S. 1062;

No. 04–6950. ORTIZ-ROSAS v. UNITED STATES, 543 U. S. 1124;

No. 04–7018. TURNER v. VIRGINIA, 543 U. S. 1064;

No. 04–7044. EVERETT v. PENNSYLVANIA ET AL., 543 U. S. 1065;

No. 04–7320. SANTANA-MARTINEZ v. UNITED STATES, 543 U. S. 1073;

No. 04–7327. ZHANG v. CHARLES TOWN RACES & SLOTS ET AL., 543 U. S. 1074;

No. 04–7414. IN RE WASHINGTON, 543 U. S. 1119;

No. 04–7432. IN RE DOOSE, 543 U. S. 1048;

No. 04–7578. ALLEN v. UNITED STATES, 543 U. S. 1079;

No. 04–7651. ROYAL v. UNITED STATES, 543 U. S. 1094;

No. 04–7692. DORE v. UNITED STATES, 543 U. S. 1095;

No. 04–7721. DAWSON v. UNITED STATES, 543 U. S. 1128; and

No. 04–7800. JONES v. UNITED STATES, 543 U. S. 1130. Petitions for rehearing denied.

No. 04–5300. MCGEE v. MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., ET AL., 543 U. S. 892. Motion for leave to file petition for rehearing denied.

MARCH 8, 2005

No. 04–7613 (04A606). HOPPER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.